# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

GS HOLISTIC, LLC,

            Plaintiff,   :   Case No. 2:24-cv-634

                                        District Judge Walter H. Rice
  - vs -                                Magistrate Judge Michael R. Merz

SAMA SMOKESHOP, INC., et al.,

            Defendants.   :

## REPORT AND RECOMMENDATIONS

    On May 14, 2024, the undersigned granted Plaintiff's Motion for an Extension of Time to serve the individual Defendant to and including June 14, 2024 (ECF No. 7).  On the same day, Plaintiff made a return of service on the corporate Defendant showing that it had been served on March 3, 2024 (ECF No. 6).  Under Fed.R.Civ.P. 12, the corporate Defendant was required to answer the Complaint on or before March 25, 2024, but has not done so.

    As of the date of this Report Plaintiff has neither completed service on the individual defendant nor moved to find the corporate defendant in default.  It is accordingly respectfully recommended that the Complaint be dismissed without prejudice as against the individual defendant for lack of service and as to the corporate defendant for want of prosecution.

July 29, 2024.

## NOTICE REGARDING OBJECTIONS

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. A party may respond to another party's objections within fourteen days after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal. #

s/ *Michael R. Merz*
United States Magistrate Judge
